U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 3 1 2006

ROBERT H. SHEMWELL, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

UNITED STATES OF AMERICA * CASE NO. 03-60014-001

VERSUS JUDGE DOHERTY

EARLINE BAKER GIBSON MAGISTRATE JUDGE SHEMWELL
    Defendant

AND

SWDI, LLC
AND ITS SUCCESSORS OR ASSIGNS
    Garnishee

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 0 7 2006

ROBERT H. SHEMWELL, CLERK
BY_____
        DEPUTY

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, SWDI, LLC, and its successors or assigns, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on July 28, 2006, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the form of wages, that the defendant is paid on a weekly basis, and that for the pay period in effect on the date of service on the garnishee, defendant earned gross wages of $447.75 and net wages of $383.12.

On July 13, 2006, the defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that pursuant to 28 U.S.C. §3205 and 15 U.S.C. §1673(a) Garnishee and its successors or assigns pay into the hands of the United States Attorney, for each and every pay period that the defendant, Earline Baker Gibson, is employed by Garnishee and its successors or assigns and is due wages, the **lesser** of:

1. Twenty-five percent (25%) of defendant's disposable earnings; or

2. All amounts of defendant's disposable earnings in excess of thirty times the federal minimum wage,

and that Garnishee and its successors or assigns continue said payments until the debt to plaintiff is paid in full or until the Garnishee and its successors or assigns no longer has custody, possession or control of any property belonging to defendant or until further order of this Court. Payments to the United States Attorney under this garnishment order shall be made by Garnishee and its successors or assigns' check, no less frequently than monthly, payable to the United States Clerk of Court, and mailed to the Office of the United States Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101, or to such other address as Garnishee and its successors or assigns is directed in writing by the United States Attorney's Office.

Dated: Sept. 7, 2006      By: _____
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of Garnishee Order has been served upon Earline Baker Gibson, 613 Hall Street, Houma, LA 70380 and upon SWDI, LLC, Attn: Donna Duet, Treasurer, 1748 Coteau Road, Houma, LA 70364, by placing same in the United States Mail, postage prepaid, first class, on this the 28th day of August, 2006.

Sheila W. Still
Financial Litigation Unit